AO 245H (Rev. 12/07) Judgment in a Criminal Case for a Petty Offense (Short Form)
Sheet 1

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | Judgment in a Criminal Case |
|---|---|
| v. | (For a Petty Offense) — Short Form |
| ALLENRIVERS, LINDA D | Case No.   PE80   6679132 |
| 2140 W INDIANA AVE | USM No.   17-M-1280 |
| PHILADELPHIA, PA 19132 | Christopher Diviny |
|  | Defendant's Attorney |

**THE DEFENDANT:** ALLENRIVERS, LINDA D

☐ **THE DEFENDANT** pleaded guilty to count(s) _____

The defendant is adjudicated guilty of these offenses:

| **Title & Section** | **Nature of Offense** | **Offense Ended** | **Count** |
|---|---|---|---|
| 41CFR102-74.390 | Disorderly Conduct/Assault | 5/16/2017 | 1 |

☐ Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.

## CRIMINAL MONETARY PENALTIES

All criminal monetary penalty payments are to be made as directed by the court.

| | **Assessment** | **Fine** | **Processing Fee** |
|---|---|---|---|
| **Total:** $80.00 | $ 0.00 | $ 50.00 | $ 30.00 |

Last Four Digits of Defendant's Soc. Sec. No.: ~~~~

Defendant's Year of Birth: ~~~~

City and State of Defendant's Residence:
PHILADELPHIA, PA

September 20, 2017
Date of Imposition of Judgment

_[signature]_
Signature of Judge

JACOB P. HART    USMJ
Name and Title of Judge

Date